NO JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORCUATOR, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDYMAC BANK, a California Corporation; TERRA FIRMA MORTGAGE, a Business Entity form unknown, IMPAC FUNDING CORPORATION, a Corporation, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. EDCV 09-185-VAP (JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against IMPAC FUNDING CORPORATION is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 18, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge