UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORCUATOR, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>INDYMAC BANK, a California Corporation; TERRA FIRMA MORTGAGE, a Business Entity form unknown, ~~IMPAC FUNDING CORPORATION, a Corporation~~, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. EDCV 09-185-VAP (JCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against INDYMAC BANK FEDERAL BANK FSB is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2009

                                          /s/ Virginia A. Phillips
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28